UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ICT MEXICO, INC., | ) | No. 08-91915 |
| | ) | |
| Debtor. | ) | |

**PETITION-in re Unclaimed/Small Dividends**

It appearing that $524.81 remains on deposit with the Rabobank, N.A., standing in my name as Trustee of this estate, account no. 500xxxxx65.

And it appearing that the following is entitled to this money:

| Name and Address | Amount |
|---|---|
| International Computer Software (Claim 22-1)<br>P. O. Box 4133<br>Rio Rico, AZ 85648 | $524.81 |

And it appearing that more than ninety (90) days have elapsed since the final distribution was made and the Trustee has been unable to locate a current address. These funds should now be paid over to the Clerk of the U.S. Bankruptcy Court for the benefit of the above-named.

WHEREFORE, authority is requested to pay over to the Clerk of the U.S. Bankruptcy Court for the benefit of the above named the sum of $524.81.

/s/ Jeffrey D. Richardson
JEFFREY D. RICHARDSON
Chapter 7 Trustee
Registration No. 02330067
132 South Water Street, Suite 444
Decatur, IL  62523
Tel: 217/425-4082

2

<u>CERTIFICATE OF SERVICE</u>

_____The undersigned certifies that the above instrument was filed electronically with the Court on September 22, 2014, and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

    U. S. Trustee
    Mr. Matthew McClintock

                                            <u>/s/ Jeffrey D. Richardson               </u>

<u>CERTIFICATE OF SERVICE</u>

      I certify that on September 22, 2014, at 5:00 p.m., I caused to be deposited a copy of the foregoing in a U.S. Post Office box at Millikin Court, 132 South Water Street, Decatur, Illinois, enclosed in an envelope with proper postage prepaid, addressed to the following in the manner set forth:

    International Computer Software
    P. O. Box 4133
    Rio Rico, AZ 85648

                                            <u>/s/ Jeffrey D. Richardson               </u>